# United States District Court

WESTERN DISTRICT OF OKLAHOMA

FILED
FEB 21 2006
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY ___ DEPUTY

UNITED STATES OF AMERICA
V.
ABRAHAN L. MORALES
Wherever Found

(Name and Address of Defendant)

CRIMINAL COMPLAINT

CASE NUMBER: M-06-26-AR

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about February 17, 2006, in the Western District of Oklahoma defendant did, knowingly received child pornography that had been mailed in interstate commerce in violation of Title 18, United States Code, Section 2252A(a)(2)(B).

I further state that I am a Postal Inspector of the U.S. Postal Inspection Service and that this complaint is based on the following facts:

See attached Affidavit of Postal Inspector David M. Wilsey, U.S. Postal Inspection Service, which is incorporated and made a part hereof by reference.

Continued on the attached sheet and made a part hereof: X Yes No

Signature of Complainant
DAVID M. WILSEY
Postal Inspector
U.S, Postal Inspection Service

Sworn to before me and subscribed in my presence, on this 21st day of February, 2006, at Oklahoma City, Oklahoma.

DOYLE W. ARGO
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer

Signature of Judicial Officer

**STATE OF OKLAHOMA** )
) **SS.**
**OUNTY OF OKLAHOMA** )

**AFFIDAVIT**

I, David Wilsey, being duly sworn, do hereby depose and state:

1. I am a Postal Inspector with the United States Postal Inspection Service (USPIS), and have been so employed since April 17, 2004. Prior to becoming a Postal Inspector, I was a Special Agent with the United States Customs Service from July 15, 2001 to April 17, 2004. I am currently assigned as a Child Exploitation Specialist of the Fort Worth Division of the USPIS and domiciled in Fort Worth, Texas. I am responsible for conducting investigations throughout the United States, including the State of Oklahoma, involving the alleged use of the United States Mails to distribute and/or receive child pornography in violation of Title 18, Untied States Code, Section 2251, et seq.

2. I have received specialized training in the field of sexual exploitation of minors, to include the undercover investigations of persons who possess, transmit, transport, ship, advertise to seek or offer and produce Child Pornography, child erotica, and materials involving the sexual exploitation of minors via the US Mails and computers.

3.     I have participated and conducted numerous investigations of individuals suspected of distributing and/or receiving child pornography via both the internet and the mails. I have participated in the execution of numerous search warrants that have resulted in the seizure of multiple items that contained child pornography, i.e., computer systems and personal property.

4.     This affidavit is made in support of a criminal complaint filed against Abrahan L. Morales, 1701 NW 47th Street #313, Oklahoma City, OK 73118 in the Western District of Oklahoma. The information contained within this affidavit is based upon information I have gained from my investigation, my personal observations, my training and experience, and/or information related to me by other law enforcement officers and/or agents. Since this affidavit is being submitted for the limited purpose of supporting a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause that Abrahan L. Morales has committed violations of Title 18, Untied States Code, Section 2252A(a)(2)(B).

**THE INVESTIGATION**

5. On January 9, 2006, United States Postal Inspector Michael O'Shaughnessy, while acting in an undercover capacity, posted the following advertisement in several newsgroups on the internet: **"PRIVATE COLLECTION OF VERY HARDCORE DVD AND VHS AVAILABLE. VERY HOT!!! VERY SWEET!!! AND VERY VERY YOUNG!!! IF INTERESTED EMAIL ME AT VIDMAN06@YAHOO.COM"**. This advertisement was posted on the following newsgroups: alt.sex.pedophile, alt.sex.pedophilia, alt.sex.pedophilia.boys, alt.sex.pedophilia.girls, alt.sex.pedophiles, alt.sex.pedo.moderated, alt.sex.babies, alt.sex.boys, alt.sex.children, alt.sex.girl, alt.sex.girls, alt.sex.pre-teen, alt.sex.pre-teens, alt.sex.young, and alt.sex.kids. These newsgroups are known to be frequented by individuals who traffic in child pornography.

6. A newsgroup is an electronically maintained and distributed bulletin board system. An individual who has access to the Internet may electronically connect to a particular newsgroup to read and post messages. Each group can have some or all of the following elements: messages, chat, files, photos, links, database, polls, and members.

7. On January 18, 2006, Inspector O'Shaughnessy, who was utilizing undercover screen name vidman06@yahoo.com, received

several e-mails from "Abrahan Morales" <hydro_tml@yahoo.com> inquiring about the advertisement. Following are some of the e-mails between hydro_tml@yahoo.com and vidman06@yahoo.com:

*Wed, 18 Jan 2006 07:21:30 -0800 (PST)*

*"Abrahan Morales" <hydro_tml@yahoo.com>*

*Videos*

*VIDMAN06@YAHOO.COM*

*What prices do you have and do you have any samples?*

*Wed, 18 Jan 2006 08:09:10 -0800 (PST)*

*"Robert Millay" <vidman06@yahoo.com>*

*Re: Videos*

*"Abrahan Morales" <hydro_tml@yahoo.com>*

*thanks for the answer. here is my list. get back to me with your thoughts*

8. Following is a partial list of videos listed as available.

*or can get it for you from one of my sources. The videos are $25.00 each. Three for $60.00.*

*Make checks payable to Robert Millay*

*We accept personal checks, money orders or well concealed cash. We do not accept credit cards.*

*As stated I want to increase my collection and always willing to trade.*

*Look forward to hearing from you,*

*Robert Millay*

*P.O. Box 9*

*Essington, PA 19029*

9. The following emails were also exchanged between Morales and Millay:

*Wed, 18 Jan 2006 08:18:12 -0800 (PST)*

*"Abrahan Morales" <hydro_tml@yahoo.com>*

Re: Videos

"Robert Millay" <vidman06@yahoo.com>

hey i can trade some pics and some videos
I have a color climax video with two older women sucking a
little boy's dick and showering and various pics if you are
interested



Wed, 18 Jan 2006 08:31:12 -0800 (PST)

"Robert Millay" <vidman06@yahoo.com>

Re: Videos

"Abrahan Morales" <hydro_tml@yahoo.com>

i trade, but only on dvd and vhs



Wed, 18 Jan 2006 09:11:56 -0800 (PST)

"Abrahan Morales" <hydro_tml@yahoo.com>

Re: Videos

"Robert Millay" <vidman06@yahoo.com>

How about video cds or a Cd-R
I can give you a shitload of movies on Cd-R



Wed, 18 Jan 2006 09:28:22 -0800 (PST)

"Abrahan Morales" <hydro_tml@yahoo.com>

Re: Videos

"Robert Millay" <vidman06@yahoo.com>

If you want a cd-r i can send it today.
Just tell me where to send it and I'll mail it in



Wed, 18 Jan 2006 09:36:32 -0800 (PST)

"Robert Millay" <vidman06@yahoo.com>

Re: Videos

[redacted] "Abrahan Morales" <hydro_tml@yahoo.com>
address on catalog i sent. what u want from me?

[redacted] Wed, 18 Jan 2006 10:12:48 -0800 (PST)
[redacted] "Abrahan Morales" <hydro_tml@yahoo.com>
[redacted] Re: Videos
[redacted] "Robert Millay" <vidman06@yahoo.com>

I would like 1215 and any of the following you would seem fit to give me:
1105
1104
1208
1209
1210
1214

My adress is
Hydro TML
1701 NW 47th st #313
Oklahoma City, Ok 73119

Please don't let me down, your Cd-R is on its way

[redacted] Wed, 18 Jan 2006 10:23:55 -0800 (PST)
[redacted] "Robert Millay" <vidman06@yahoo.com>
[redacted] Re: Videos
[redacted] "Abrahan Morales" <hydro_tml@yahoo.com>

once i get the cd i will mail yours. whats on it

[redacted] Wed, 18 Jan 2006 10:27:07 -0800 (PST)
[redacted] "Abrahan Morales" <hydro_tml@yahoo.com>
[redacted] Re: Videos
[redacted] "Robert Millay" <vidman06@yahoo.com>

*It will Have a lot of Stuff on it, So I might send out more than one. Is a DVD-R alright for you?*

*Wed, 18 Jan 2006 10:28:25 -0800 (PST)*

*"Robert Millay" <vidman06@yahoo.com>*

*Re: Videos*

*"Abrahan Morales" <hydro_tml@yahoo.com>*

*thats great. cant wait to get them*
*your friend*

*Robert*

10. On January 19, 2006, Inspector O'Shaughnessy received the following e-mail:

*Thu, 19 Jan 2006 17:59:42 -0800 (PST)*

*"Abrahan Morales" <hydro_tml@yahoo.com>*

*Re: Videos*

*"Robert Millay" <vidman06@yahoo.com>*

*I sent a cd-r and 2 vcds.*
*Let me know when you get them and if you like them*

11. On January 24, 2006, Inspector O'Shaughnessy received three (3) CD's mailed in a padded envelope addressed to Robert Millay, P.O. Box 9, Essington, PA 19029. The return address listed on the envelope was Hydro Tml, 1701 NW 47th #313, Oklahoma City, OK 73119. The package was post marked on January 19, 2006 at the Downtown Main Post Office in Oklahoma City, OK 73125-9997.

12. Your Affiant, along with other Postal Inspectors,

reviewed the three (3) CD's that were received through the mail. One of the CD's contained thirty-seven (37) movies and eighteen (18) images. Of the thirty-seven (37) movies, twenty-two (22) of the movies depicted visual images of one young nude female, between the ages of 8-12, with a lascivious exhibition of the genitalia and performing acts of masturbation. Seven (7) movies contained visual images of two young nude females, between the ages of 8-12, performing oral-genital sexual intercourse and acts of masturbation on themselves and each other. Three (3) movies depicted visual images of one adult male and one young female, between the ages of 8-13, involved in oral-genital and genital-genital sexual intercourse. Two (2) movies depicted two young females, between the ages of 8-13, and one adult male performing acts of masturbation on themselves and each other. One (1) movie contained visual images of one young male and female, between the ages of 8-12, and one adult male and female involved in oral-genital and genital-genital sexual intercourse. The other two (2) movies contained visual images of sexually explicit activity, but the ages of the individuals involved could not be determined. Of the eighteen (18) images, two (2) images depicted one young female, between the ages of 8-12, and one adult male engaged in oral-genital and genital-genital sexual intercourse. The images and movies of minors appear to be real minors engaged in sexually explicit conduct. The other sixteen (16) images were sexual in

nature, but were partially corrupted and the entire image could not be reviewed.

13.    The other two (2) CD's received from "hydro_tml" had been converted into Video Compact Discs (VCD), so the movies could be played on a DVD player.   One of the VCD's contained two (2) movies.   The first movie depicted visual images of two young females, between the ages of 7-13, performing oral-genital sexual intercourse and acts of masturbation on themselves and each other.    The second movie depicted numerous scenes of visual images of several adults and minors.    Two (2) scenes depicted visual images of an adult male and one young female, between the ages of 8-13, involved in oral-genital sexual intercourse.    Two (2) more scenes depicted visual images of an adult male and one young female, between the ages of 8-13, involved in oral-genital and genital-genital sexual intercourse.    Another scene contained visual images of one nude adult male digitally penetrate a young nude female, between the ages of 8-12.    These images of minors also appear to be real minors engaged in sexually explicit conduct.

14.    The other VCD contained ten (10) movies of minors engaged in sexually explicit conduct and a menu labeled "Best Kiddy Porn" and "Let's Fuck Some Kids".   Of the ten (10) movies, four (4) movies depicted visual images of one young nude female, between the ages of 8-13, and one adult male performing oral-

genital sexual intercourse and acts of masturbation on themselves and each other. Three (3) movies contained visual images of two young females, between the ages of 8-13, performing oral-genital sexual intercourse and acts of masturbation on themselves and each other. One (1) movie depicted visual images of two young females, between the ages of 8-12, and one adult male performing oral-genital sexual intercourse and acts of masturbation on themselves and each other. One (1) movie depicted visual images of one young female, between the ages of 8-12, using a vibrator to masturbate and displaying a lascivious exhibition of the genitalia. One (1) movie depicted visual images of a young female, between the ages of 11-14, displaying a lascivious exhibition of the genitalia. The images of minors also appear to be real minors.

15. On January 27, 2006, Inspector O'Shaughnessy mailed a verification letter addressed to Hydro Tml, 1701 NW 47th #313, Oklahoma City, OK 73119. The verification letter stated the following:

> *Hello,*
>
> *Hi, I'm vidman you should recognize the name. This letter is sent to protect both you and I and ensure that neither one of us is being set up. Besides being illegal, a number of individuals do not agree with or understand this material.*
>
> *I am not a rip-off and will be glad to ship out the product you ordered upon receiving an email message from you. Please send me an email message stating "vidman is the*

*king!" and I will then ship your order.*

*I'm sorry for this delay, but I'm sure you understand the need to be careful.  I hope you enjoy your order and I look forward to doing additional business with you in the future.*

*Sincerely,*

*Vidman*

16.   On   January   31,   2006,   <u>hydro_tml@yahoo.com</u>   and

<u>vidman06@yahoo.com</u> exchanged the following e-mails:

███████████    *Tue, 31 Jan 2006 08:42:25 -0800 (PST)*

███████████    *"Abrahan Morales" <hydro_tml@yahoo.com>*

███████████    *Re: Videos*

███████████    *"Robert Millay" <vidman06@yahoo.com>*

*Hey man*
*Have you sent the stuff yet?*
*Let me know when you do*
*Mail me back*

███████████    *Tue, 31 Jan 2006 08:44:50 -0800 (PST)*

███████████    *"Robert Millay" <vidman06@yahoo.com>*

███████████    *Re: Videos*

███████████    *"Abrahan Morales" <hydro_tml@yahoo.com>*

*i sent u something.  you should have gotten it by now.*
*Let me know when u get it*

███████████    *Tue, 31 Jan 2006 08:48:46 -0800 (PST)*

███████████    *"Robert Millay" <vidman06@yahoo.com>*

███████████    *Re: Videos*

███████████    *"Abrahan Morales" <hydro_tml@yahoo.com>*

*are u sure you sent me the right address.*

17. On February 7, 2006, Inspector O'Shaughnessy discovered the verification letter was returned undeliverable due to the incorrect zip code.

18. On February 3-8, 2006, hydro_tml@yahoo.com and vidman06@yahoo.com exchanged the following e-mails:

Fri, 3 Feb 2006 11:01:41 -0800 (PST)

"Abrahan Morales" <hydro_tml@yahoo.com>

Re: Videos

"Robert Millay" <vidman06@yahoo.com>

What adress did I Give you?

Fri, 3 Feb 2006 11:06:27 -0800 (PST)

"Robert Millay" <vidman06@yahoo.com>

Re: Videos

"Abrahan Morales" <hydro_tml@yahoo.com>

hydro tml
1701 nw 47th #313
oklahoma city, ok 73119

Sat, 4 Feb 2006 10:35:24 -0800 (PST)

"Abrahan Morales" <hydro_tml@yahoo.com>

Re: Videos

"Robert Millay" <vidman06@yahoo.com>

You Got the address right. How big was the package you sent?
Do you have Limewire?

Tue, 7 Feb 2006 03:50:04 -0800 (PST)

"Robert Millay" <vidman06@yahoo.com>

Re: Videos

"Abrahan Morales" <hydro_tml@yahoo.com>

check that address again what i sent you came back.  is it
your zip code.  no.  what do you have on limewire?
get back to me

Tue, 7 Feb 2006 12:22:20 -0800 (PST)

"Abrahan Morales" <hydro_tml@yahoo.com>

Re: Videos

"Robert Millay" <vidman06@yahoo.com>

Hey
My adress is 1701 nw 46th st apt 313
Oklahoma City Ok 73118
If you have limewire we can trade videos direct without mail

Wed, 8 Feb 2006 10:59:00 -0800 (PST)

"Robert Millay" <vidman06@yahoo.com>

Re: Videos

"Abrahan Morales" <hydro_tml@yahoo.com>

46th or 47th st.  73118.  give me your full address again. i
hope your not playing games.

Wed, 8 Feb 2006 11:07:05 -0800 (PST)

"Abrahan Morales" <hydro_tml@yahoo.com>

Re: Videos

"Robert Millay" <vidman06@yahoo.com>

1701 NorthWest 47th Street Apartment Number 313
Oklahoma City Ok 73118
It is very important you get the apartment number, otherwise

*there is no where to put it. Also, if the pacage is too big I might not be able to receive it since it is a considerably small mailbox.*
*I tell you if you had limewire we could trade directly without having to send stuff through mail.*

19.    Limewire (which was referenced by hydro_tml@yahoo.com in the above e-mail) is a peer-to-peer (P2P) application.   P2P is a computer term used to describe one user linking with another user to transfer information.   Peer-to-peer (or File Sharing) is a software driven Internet network where individuals share files from their computers hard drive directly with other people over the Internet using the same software. Each user machine becomes a mini-server, as opposed to a centralized server, meaning there is no central database that knows all of the files available on the network. Instead, all of the user's machines on the network tell each other about available files using a distributed query approach.

20.    Through my training and experience, I have learned Limewire (P2P file sharing) has become a preferred method to distribute child pornography.    Individuals who are sexually attracted to children collect sexually explicit materials for their own sexual gratification.    The most common method of acquiring the material is by trading the material with other people with similar interests.   Correspondence between themselves and others who share their interests are treated as cherished possessions.   Individuals involved in the sexual exploitation of

children through child pornography rarely, if ever, dispose of their sexually explicit material, especially when they are used in the exploitation of children. It is further unlikely that the condition of those items, depicting the sexual exploitation of children, will be altered or damaged from the original condition at the time of receipt.

21. On February 8, 2006, Inspector O'Shaughnessy mailed another verification letter (same as above) addressed to Hydro Tml, 1701 NW 47th Street #313, Oklahoma City, OK 73118.

22. On February 14, 2006, Inspector O'Shaughnessy and hydro_tml@yahoo.com exchanged the following e-mails:

[redacted] *Tue, 14 Feb 2006 07:13:39 -0800 (PST)*

[redacted] *"Abrahan Morales" <hydro_tml@yahoo.com>*

[redacted] *Vidman is King*

[redacted] *"Robert Millay" <vidman06@yahoo.com>*

*Vidman Is King*
*You got the right address*

[redacted] *Tue, 14 Feb 2006 07:18:41 -0800 (PST)*

[redacted] *"Robert Millay" <vidman06@yahoo.com>*

[redacted] *Re: Vidman is King*

[redacted] *"Abrahan Morales" <hydro_tml@yahoo.com>*

*i just wanted to make sure. i didnt want to send it to the wrong place*

23. Your Affiant contacted Postal Letter Carrier, Dan

Davis, who is responsible for the delivery of mail to 1701 NW 47th St. #313, Oklahoma City, OK 73118.    Letter Carrier Davis confirmed that Abrahan Morales resides and receives mail at that address, along with Martha DeLoera and Elvis DeLoera.    Davis also learned from the apartment manager that Abrahan Morales is the nephew of Martha DeLoera and the cousin of Elvis DeLoera.

24.    Your Affiant prepared a videocassette tape titled "#1208 #1215" in anticipation of a controlled delivery to "hydro tml, 1701 NW 47th Street #313, Oklahoma City, OK 73118".    Your Affiant scratched his initials "DMW" into the plastic of the videocassette cartridges under the retractable protective edge covering of the videocassette cartridge.    Affixed to this videotape cartridge case is a white label on which is handwritten in black ink the title of the videocassette tape, "#1208 #1215". The videotape contains two (2) short movies of minors engaged in sexually explicit conduct.    The first movie is titled "Incest Family" and is approximately 8 minutes and 27 seconds in length, and depicts visual images of a young female, between the ages of 8-12, and one adult male and female performing oral-genital and genital-genital sexual intercourse and acts of masturbation on themselves and each other.    The second movie is titled "Children's Sex Party" and is approximately 7 minutes in length, and depicts two young males and two young females, between the ages of 8-12, performing oral-genital and genital-genital sexual

intercourse and acts of masturbation with a vibrator on themselves and each other.

25. Your Affiant placed the previously described videocassette tape within a U.S. Postal Service Express Mail Envelope. The Express Mail Mailing Label affixed to the envelope bears the tracking number of "EQ 217550016 US". The return undercover address associated with Inspector O'Shaughnessy is written on the Mailing Label as "P.O. Box 9, Essington, PA 19029" and the name of "Hydro tml, 1701 NW 47th #313, Oklahoma City, OK 73118" appears as the addressee. A postal meter strip number showed the envelope was mailed on February 16, 2006 from Essington, PA with postage amount of $18.80.

26. On February 17, 2006, at approximately 11:30 a.m., your affiant obtained an anticipatory search warrant issued from United States Magistrate Judge Doyle W. Argo, in the Western District of Oklahoma, for 1701 NW 47th Street #313, Oklahoma City, OK 73118, when Express Mail Envelope "EQ 217550016 US" is received and taken into the residence.

27. On February 17, 2006, a controlled delivery of the previously described Express Mail Envelope was executed by your Affiant and additional law enforcement agents at 1701 NW 47th Street #313, Oklahoma City, OK 73118. At approximately 2:25 p.m., a Postal Inspector, posing as an undercover Letter Carrier, delivered the package to the apartment. Abrahan L. Morales

answered the door, then accepted and signed for the Express Mail Envelope.   The search warrant was executed a few minutes after the delivery of the package.   The Express Mail Envelope "EQ 217550016 US" had been opened and was discovered in the kitchen of the apartment.   The videocassette tape titled "#1208 #1215" was discovered in Abrahan Morales' bedroom, along with the verification letter sent to "hydro_tml" from "Vidman06" on February 8, 2006.

28.   During the search warrant, your affiant and FBI Agent Kurt Stoner interviewed Morales regarding his involvement with child pornography.   Morales was given his Miranda Rights and stated he understood his rights, and agreed to speak to Inspector Wilsey and Agent Stoner without an attorney present.   Morales signed the "Warning and Waiver of Rights" form at 3:00 p.m.

29.   Morales stated he had been involved in child pornography since he was fifteen (15) years old.   He utilized the computer located in his bedroom to download and trade child pornography by using Limewire, Kazaa, Usenet, or by e-mail. Morales confessed to mailing CD's of child pornography to an individual he believed was Robert Millay or Vidman06@yahoo.com. Morales created the CD's and mailed them expecting to receive child pornography in return.   Morales got involved with Vidman06@yahoo.com by responding to an advertisement in a Newsgroup.   Morales stated he used the e-mail address of

hydro_tml@yahoo.com to communicate with Vidman06@yahoo.com. Morales also used the computer to download child pornography by searching for keywords of hussyfan, PTHC (Pre-Teen Hard Core), r@ygold, and CCCP. Morales also utilized the screen names of hydro_tml, tito_21, and orochi_tml. His America Online (AOL) username is mimisdedomi, and would access AOL from an account belonging to his brother's relative.

30. Morales admitted he knew child pornography was illegal to possess and distribute. Morales claimed he is attracted to girls from the age of five (5) and older, and has a movie on his computer of a three (3) year old girl engaged in sexually explicit conduct, along with other numerous images and movies of child pornography. Morales stated he has organized his child pornography on his computer by creating categorized folders of specific types of children. Morales stated he knew it was wrong and considers himself to be a pedophile. Morales provided Inspector Wilsey and Agent Stoner a written sworn statement of these facts.

Further Affiant Sayeth Not.

David M. Wilsey
Postal Inspector

Subscribed and sworn before me this 21st day of February, 2006.

DOYLE W. ARGO
UNITED STATES MAGISTRATE JUDGE